JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERRERA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a Tennessee Corporation; and DOES 1- 10, Inclusive,<br><br>Defendants. | Case No. 5:25-cv-00373-SSS (DTBx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Sunshine Suzanne Sykes Courtroom: 2<br><br>Magistrate: Hon. David T. Bristow Courtroom: 4<br><br>Trial Date: July 13, 2026<br>Complaint Filed: December 30, 2024 |

Based on the stipulation of the Parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: June 16, 2026

_____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

-1-     Case No. 5:25-cv-00373-SSS (SHKx)
ORDER OF DISMISSAL WITH PREJUDICE